# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: EDWARD A. WEINGARTNER & TERESA M. WEINGARTNER          Case Number: 08-72515
5515 WONDER WOODS DRIVE           SSN-xxx-xx-4275 & xxx-xx-0266
WONDER LAKE, IL  60097

Case filed on:  8/6/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,408.77          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 3,774.00 | 3,774.00 | 1,300.29 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 1,300.29 | 0.00 |
| 002 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | OSI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | INTERNAL REVENUE SERVICE | 5,728.94 | 5,728.94 | 0.00 | 0.00 |
|  | Total Priority | 5,728.94 | 5,728.94 | 0.00 | 0.00 |
| 999 | EDWARD A. WEINGARTNER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 26,835.86 | 14,150.00 | 0.00 | 0.00 |
| 003 | US DEPT OF HOUSING & URBAN DEVELOPMENT | 10,187.10 | 10,187.10 | 0.00 | 0.00 |
|  | Total Secured | 37,022.96 | 24,337.10 | 0.00 | 0.00 |
| 004 | WONDER WOODS ASSOCIATION, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ADVOCATE LUTHERAN GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CENTEGRA PRIMARY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | INTERNAL REVENUE SERVICE | 8,756.55 | 8,756.55 | 0.00 | 0.00 |
| 011 | MEMORIAL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MERCHANTS CREDIT GUIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MORAINE ER PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NICOR GAS | 3,190.64 | 3,190.64 | 0.00 | 0.00 |
| 016 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | JEFFERSON CAPITAL SYSTEMS, LLC | 486.62 | 486.62 | 0.00 | 0.00 |
|  | Total Unsecured | 12,433.81 | 12,433.81 | 0.00 | 0.00 |
|  | Grand Total: | 58,959.71 | 46,273.85 | 1,300.29 | 0.00 |

Total Paid Claimant:    $1,300.29
Trustee Allowance:      $108.48           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00         discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan